JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAO TIAN,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. 5:26-cv-05903-CV-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Ground 1 of the Petition is granted and Grounds 2 and 3 of the Petition are dismissed as moot.

DATED: October 28, 2026

Cynthia Valenzuela
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE